IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH ROBERT BOTTOMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO.  3:13cv392-TMH |
| ) | (WO) |
| RUSSELL COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On June 20, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 8). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The plaintiff's claims against the Russell County Jail be and are hereby DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The Russell County Jail be and is hereby DISMISSED as a party to the complaint; and

4. This case, with regard to the remaining defendants, be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

DONE this 30th day of September, 2013.

 /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE